**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1626

DON BOYD,

Plaintiff – Appellant,

v.

BLUESTEIN, NICHOLS, THOMPSON AND DELGADO, LLC; JOHN S
NICHOLS, (individually); STATE OF SOUTH CAROLINA; J EMORY
SMITH, JR, (individually); KATHERINE BRADACS; TRACIE
GOODWIN; UNITED STATES OF AMERICA, THE, (United States
District Court for the District of South Carolina); UNITED
STATES OF AMERICA, THE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior
District Judge. (3:15-cv-04791-JFA)

Submitted: September 13, 2016    Decided: September 16, 2016

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Don Boyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Boyd appeals the district court's order adopting the magistrate judge's recommendation to dismiss Boyd's civil complaint against Defendants. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's judgment. Boyd v. Bluestein, Nichols, Thompson & Delgado, LLC, No. 3:15-cv-04791-JFA (D.S.C. Mar. 31, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED